UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY as subrogee of PMC GLOBAL, INC., | : : : : | CIVIL ACTION NO. 16-4241 (MLC) |
| Plaintiff, | : : : | **ORDER** |
| v. | : : : | |
| RT&T LOGISTICS, INC. and S AT I LLC, | : : : | |
| Defendants. | : : | |

**COOPER, District Judge**

For the reasons stated in the Court's Memorandum Opinion, dated June 22, 2017,

**IT IS** on this 22 day of June, 2017, **ORDERED** that the Plaintiff's Motion for Default

Judgment against defendant S AT I LLC (dkt. 14) is **DENIED WITHOUT**

**PREJUDICE.**

        s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge