

February 15, 2018

**VIA ELECTRONIC CASE FILING (ECF)**

**Robert W. Phelan**
Direct Phone (212) 908-1274
Direct Fax (866) 850-7490
rphelan@cozen.com

The Honorable Freda L. Wolfson
United States District Judge
United States District Court of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 5E
Trenton, New Jersey 08608

Re: Federal Insurance Company as subrogee of PMC Global Inc. v. RT&T Logistics, Inc. and S AT I LLC
Civil Action No.: 16 CV 04241 (FLW)(TJB)
Our File No.: 377164

Dear Judge Wolfson:

As discussed today with Jackie of Your Honor's chambers, our firm represents Plaintiff, Federal Insurance Company in the above-captioned matter. I am pleased to report that the Defendant, RT&T Logistics, Inc. has offered a sum to settle the matter, which was accepted by Plaintiff. As such, this settlement obviates the pending motion for Summary Judgment.

Please be further advised that movant, Pennsylvania Manufacturers' Association Insurance Company only appeared in the action relative to the Motion to Quash Subpoenas. They have since responded to the Subpoenas and can now be terminated as a party.

In addition, Plaintiff and Defendant, RT&T will discuss any claims and cross-claims as to Defendant, S AT I LLC and address that in a stipulation of discontinuance.

The parties will shortly exchange a release and settlement funds and Defendant will file an appropriate Stipulation of Discontinuance. All of the necessary paperwork should be completed, exchanged, and filed within thirty (30) days.

If you have any questions regarding the foregoing, please do not hesitate to contact me.

The Honorable Freda L. Wolfson
United States District Judge
United States District Court of New Jersey
February 15, 2018
Page 2

_____

       Otherwise, we appreciate the Court's time and attention to this matter.

                                       Respectfully submitted,

                                       COZEN O'CONNOR

                                       By:  Robert W. Phelan

RWP/kw

**VIA ELECTRONIC CASE FILING (ECF)**

cc:    Narinder S. Parmar, Esq.